United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2804MN

_____

United States of America,            *
                                     *
                    Appellee,        *      Appeal from the United States
                                     *      District Court for the District
        v.                           *      of Minnesota.
                                     *
Arthur Lee Walls, III,               *           [UNPUBLISHED]
                                     *
                    Appellant.       *

_____

Submitted: February 10, 1998
Filed: February 20, 1998

_____

Before FAGG and MURPHY, Circuit Judges, and SMITH,* District Judge.

_____

PER CURIAM.

Arthur Lee Walls, III appeals his sentence for possession with intent to distribute cocaine. On appeal, Walls challenges the identity and the quantity of the drugs the district court attributed to Walls. After a careful review of the record, we conclude the district court's sentence was correct and further discussion is not warranted. We affirm Walls's sentence. See 8th Cir. R. 47B.

_____

*The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.